**No. 10-6632. Dennis John Campbell, et ux., Petitioners v. United States, et al.**

562 U.S. 1016, 131 S. Ct. 537, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8386.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 254.

**No. 10-6636. Francisco Barron-Lopez, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 537, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8407.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 309.

**No. 10-6637. Jaime Vasquez, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 537, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8377.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 526.

**No. 10-6638. Osvaldo Vasquez-Ochoa, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 537, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8454.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 406.

**No. 10-6639. Orlando Ramirez-Aguilar, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8425.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 397.

**No. 10-6640. Juan Ornelas-Lopez, aka Jesus Lopez Perez, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8333.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 398.

**No. 10-6641. Jorge A. Martinez, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8433,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 588 F.3d 301.

**No. 10-6642. Mark Manners, Petitioner v. United States.**

**No. 10-6648. Andrew Siebert, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8382.

November 1, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same cases below, 384 Fed. Appx. 302.